IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

GARY WAYNE IBURG, SR.                                                              PLAINTIFF

V.                                  4:06CV001508 JLH/JTR

BOBBY BROWN, Major,
Faulkner County Jail, et al.                                                       DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted and Judgment is entered in favor of Defendants on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 13th day of November, 2006.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE